# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2437
_____

ANTONIO MICHAEL MAJOR,

Appellant,

v.

MONROE COUNTY SHERIFF'S
OFFICE,

Appellee.

_____


On appeal from the Florida Commission on Human Relations.
Cheyanne M. Costilla, Executive Director.


June 30, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antonio M. Major, pro se, Appellant.

Liana De La Noval and Susan Potter Norton of Allen, Norton, & Blue, P.A., Coral Gables, for Appellee.